FILED

02/21/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0744

IN THE SUPREME COURT OF THE STATE OF MONTANA
Supreme Court Cause No. DA 22-0744

---

RYAN ADAMSON AND CHRISTINE HOLTZEN,

       Appellants,

   v.

SYLVIA MOODY

       Appellee.

ORDER GRANTING APPELLEES'
UNOPPOSED MOTION FOR
EXTENSION OF TIME TO FILE
OPENING BRIEF

---

Pursuant to Appellants' Unopposed Motion for Extension of Time to File Opening Brief ("Motion"), with good cause appearing therefor and no objection by Appellee,

IT IS HEREBY ORDERED that Appellants' Motion is GRANTED, and Appellants shall have up to and including April 7, 2023 to file their opening brief.

DATED this _____ day of February, 2023.

_____

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
February 21 2023